IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANGEL MARTINEZ, )<br>a/k/a "El Padrino" )<br>Defendant. ) | CASE NUMBER: 3:18-cr-30103-NJR-3 |

## STIPULATION OF FACTS

The United States and the Defendant agree and stipulate as follows:

1. From an unknown date but at least on or about January 1, 2017, and continuing until on or about May 13, 2018, Defendant Enrique Vazquez (a/k/a "Macho"), Mitchell Abreu ("Abreu"), and others agreed and conspired to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine in Madison County, Illinois and elsewhere.

2. On or about May 13, 2018, in Madison County, Illinois, within the Southern District of Illinois, Vazquez and Abreu knowingly, intentionally, and jointly possessed with the intent to distribute 13,475 grams of methamphetamine. At the time of this possession, Vazquez and Abreu knew that the methamphetamine was a controlled substance.

3. On that same day, Vazquez had in his possession during this trip his Glock, fully-automatic pistol, Model 19, Caliber 9mm, serial number STC512. Vazquez possessed his Glock, fully-automatic pistol, Model 19, Caliber 9mm, serial number STC512 during this trip in order to protect the methamphetamine.

4. Madison County, Illinois is located within the Southern District of Illinois.

5. From May 13, 2018, and continuing until approximately June 19, 2018, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere, Angel Martinez and Enrique Vazquez did conspire and agree with others to knowingly obstruct justice in an official proceeding: *United States v. Enrique Vasquez*, 3:18-cr-30103-MJR.

6. On May 14, 2018, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere, Angel Martinez did knowingly attempt to corruptly persuade Mitchell Abreu with the intent to have Mitchell Abreu provide false testimony in *United States v. Enrique Vasquez*, 3:18-cr-30103-MJR.

7. After Vazquez and Abreu were arrested on May 13, 2018, Enrique Vazquez, Angel Martinez, and others formed a plan to attempt to persuade Mitchell Abreu to tell law enforcement – falsely – that Mitchell Abreu was solely responsible for the methamphetamine and Vazquez's Glock, fully-automatic pistol, Model 19, Caliber 9mm, serial number STC512 found in the hidden compartment on May 13, 2018. As part of this plan, Angel Martinez directly told Mitchell Abreu to take the charges for the methamphetamine and the gun so that Enrique Vazquez could get out of jail. Angel Martinez attempted to persuade Mitchell Abreu to provide false testimony so that Enrique Vazquez could avoid charges in this case and continue his drug trafficking operation. According to this plan, once Enrique Vazquez would be released from incarceration, he could earn more drug proceeds to take care of Mitchell Abreu's legal bills and also his family.

8. Martinez stipulates that the facts set forth above prove beyond a reasonable doubt the conduct charged in Counts 2 and 3 of the Superseding Indictment.

9. Martinez stipulates that venue is proper in the Southern District of Illinois, as overt acts in furtherance of the conspiracy occurred within the district.

SO STIPULATED.

                              UNITED STATES OF AMERICA,

                              STEVEN WEINHOEFT
                              United States Attorney

_/s/ Angel Martinez_
ANGEL MARTINEZ
Defendant

_/s/ Paul Sims_
PAUL SIMS
Attorney for Defendant

Date: 1/17/19

                              _/s/ Derek J. Wiseman_
                              DEREK J. WISEMAN
                              Assistant United States Attorney

                              Date: 1-17-2019